EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>Extensión de Términos<br>por motivo del<br>25 de noviembre de 2005 | 2005 TSPR 169<br><br>166 DPR _____ |

Número del Caso: EM-2005-9

Fecha: 21 de noviembre de 2005

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Extensión de Términos
por motivo del
25 de noviembre de 2005

RESOLUCIÓN

San Juan, Puerto Rico a 21 de noviembre de 2005.

El Juez Presidente, Hon. Federico Hernández Denton, ha concedido a los empleados y funcionarios de la Rama Judicial el día viernes, 25 de noviembre de 2005, libre con cargo a vacaciones.

A tales efectos, y en virtud de nuestra facultad para reglamentar los procedimientos judiciales, al computar los términos dispuestos en las distintas leyes y reglas aplicables a los procedimientos y trámites judiciales se aplicará lo dispuesto por los Arts. 388 y 389 del Código Político de 1902, 1 L.P.R.A. secs. 72 y 73 y se considerará el viernes, 25 de noviembre de 2005, como si fuera un día feriado completo. Cualquier término a vencer ese día se extenderá hasta el lunes, 28 de noviembre de 2005, próximo día laborable.

Se ordena la inmediata difusión pública de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.


Dimarie Alicea Lozada
Secretaria del Tribunal Supremo Interina